FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 21 2017

JAMES N. HATTEN, Clerk
By: *Lbeck* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX FRIEDMAN,

    Plaintiff,

v.

BARTACO ROSWELL, LLC, a/k/a
BARTACO CHASTAIN PARK,

    Defendant.

Civil Action No.
1:17-cv-02154-ODE

## [PROPOSED] CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING THE CASE WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed the *Settlement Agreement and Release* ("Settlement Agreement") executed by the Parties, and being otherwise fully advised, it is therefore ORDERED AND ADJUDGED as follows:

1. The Court hereby approves the Settlement Agreement submitted by the Parties in this case;

2. The above-entitled lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement); and

3. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

DONE AND ORDERED on this 21 day of November, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:9437123.1